**FILED**

MAR 0 7 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

JOAQUIN ENRIQUE RAMIREZ CALVA (3)

              Defendant.

CASE NO. 18CR0389-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

18:1956(h); 28:2461(c) Money Laundering Conspiracy; Criminal Forfeiture 18:371; 28:2461(c) Conspiracy; Criminal Forfeiture 18:1960(a); 18:2; 28:2461(c) Operation of Unlicensed Money Transmitting Business; Aiding and Abetting; Criminal Forfeiture 18:1956(a)(2)(A);18:2; 28:2461(c) - Money Laundering; Aiding and Abetting; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:     3/6/18

WILLIAM Q. HAYES, US DISTRICT JUDGE